UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHRISTINA JEAN FORD,

    Plaintiff,

  v.

BILL STRIPLING,

    Defendant.

Case No. 1:18-cv-01262-MK

ORDER

MCSHANE, District Judge:

Plaintiff, an inmate proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983 and alleged that defendant Stripling used excessive force while she was housed at the Klamath County Jail as a pretrial detainee. Stripling filed a motion for summary judgment, and plaintiff was allowed until January 28, 2019 to respond to the motion. Plaintiff failed to do so, and on February 13, 2019, she was ordered to show cause by March 15, 2019 why the case should not be dismissed for the reasons set forth in defendants' motion.

To date, plaintiff has failed to respond to defendants' motion or to the court's order to show cause. Moreover, the undisputed evidence of record directly contradicts plaintiff's

1   - ORDER

allegations. Stripling Decl. Ex. 3. Accordingly, defendants' Motion for Summary Judgment (ECF No. 17) is GRANTED, and this action is DISMISSED.

IT IS SO ORDERED.

DATED this 21st day of March, 2019.

s/ Michael J. McShane
Michael J. McShane
United States District Judge

2    - ORDER